United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 25-11032-RC |
| Wilshire Health & Community Services, In | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-9 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 11, 2025 | Form ID: ntcpdiv | Total Noticed: 53 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##         Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wilshire Health & Community Services, Inc., PO Box 409, Nipomo, CA 93444-0409 |
| 42605072 | + | 1st Alarm Inc, 7212 Joliet Ave #3, Lubbock, TX 79423-1123 |
| 42605074 | + | AMN Healthcare Inc, 2999 Olympus Blvd, Coppell, TX 75019-1205 |
| 42605075 | + | Blue Shield of California, PO Box 272560, Chico, CA 95927-2560 |
| 42605076 | + | Caliber Audit and Attest, 805 Aerovista Place, Ste 103, San Luis Obispo, CA 93401-7921 |
| 42605077 | + | Clever Concepts, Inc., 3990 Ruth Way C, Paso Robles, CA 93446-5996 |
| 42605078 | + | Core Medical Group, 655 S Willow St, Ste 128, Manchester, NH 03103-5723 |
| 42605080 |   | Culligan Water, 9339 W. Higgins Road, Ste 1100, Des Plaines, IL 60018 |
| 42605081 | + | Dayforce Inc, 3311 East Old Shakopee Road, Minneapolis, MN 55425-1361 |
| 42605084 | + | EP Wealth Advisors, 892 Aerovista Place, Ste 220, San Luis Obispo, CA 93401-8054 |
| 42605085 | + | Family & Industrial Medical Center, 47 Santa Rosa St, San Luis Obispo, CA 93405-1811 |
| 42605086 | + | Foley & Lardner LLP, 777 East Wisconsin Ave, Milwaukee, WI 53202-5306 |
| 42605087 | + | Forcura LLC, 10151 Deerwood Park Blvd, Bldg 400 Ste 400, Jacksonville, FL 32256-0566 |
| 42605088 | + | Forvis Mazars LLP, 4350 Congress Street, Ste 900, Charlotte, NC 28209-4866 |
| 42605089 | + | Fusion Medical Staffing, 18881 W Dodge Road, Ste 300W, Elkhorn, NE 68022-4648 |
| 42605090 | + | Great Western Alarm, 1421 Park St, Paso Robles, CA 93446-2159 |
| 42605093 |   | HSA Bank, PO Box 939, Sheboygan, WI 53082-0939 |
| 42605091 | + | Heartland Financial USA, 1800 Larimer St, Ste 1800, Denver, CO 80202-1411 |
| 42605092 | + | Heffernan Insurance Brokers, 1350 Carlback Avenue, Walnut Creek, CA 94596-4284 |
| 42605094 | + | Ignition36 Media, 1525 Via Rosa, Paso Robles, CA 93446-1842 |
| 42605096 | + | Iron Mountain Records Mgt., 33 Arch St, Boston, MA 02110-1424 |
| 42605097 |   | Marvel Medical Staffing, 9394 W Dodge Rd, Ste 300, Omaha, NE 68114-3319 |
| 42605099 |   | Medline Industries, Inc, 3 Lakes Drive, Winnetka, IL 60093-2753 |
| 42605100 | + | NAHC, 228 Seventh Street SE, Washington, DC 20003-4306 |
| 42605101 | + | Netsmart Technologies, Inc, 11100 Nail Avenue, Leawood, KS 66211-1205 |
| 42605104 | + | PG&E, The Gas Company, PO Box C, Monterey Park, CA 91754-0932 |
| 42605102 | + | Pacific Storage Company, 3439 Brookside Road, Ste 206, Stockton, CA 95219-1768 |
| 42605103 | + | Pacifica Commercial Realty, 2520 Professional Parkway, Santa Maria, CA 93455-1602 |
| 42605105 | + | Philadelphia Insurance Co, 231 Saint Asaphs Road, Ste 100, Bala Cynwyd, PA 19004-1498 |
| 42605107 | + | Poor Richards Press, 2226 Beebee St., San Luis Obispo, CA 93401-5505 |
| 42605108 | + | Relias Learning, 1010 Sync St, Ste 100, Morrisville, NC 27560-5473 |
| 42605110 | + | Shield Healthcare, 27911 Franklin Parkway, Valencia, CA 91355-4110 |
| 42605111 | + | Staples Business Advantage, 210 Commerce Way, Ste 130, Portsmouth, NH 03801-8202 |
| 42605112 | + | Strategic Healthcare Programs, LLC, 6500 Hollister Ave, Ste 210, Goleta, CA 93117-5554 |
| 42605113 | + | US Fire Insurance Company, 305 Madison Ave, Morristown, NJ 07960-6117 |
| 42605114 | + | Ventura Medstaff LLC, 2909 N 118th St, Ste 200, Omaha, NE 68164-3643 |
| 42605115 | + | Verity Screening Solutions, 6834 S University Blvd, #506, Littleton, CO 80122-1515 |
| 42605117 | + | Wellsky, 11300 Switzer Road, Overland Park, KS 66210-3665 |
| 42605118 | + | Westwinds Business Park, 285 South St, San Luis Obispo, CA 93401-5037 |

TOTAL: 39

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern

District/off: 0973-9      User: admin      Page 2 of 3
Date Rcvd: Aug 11, 2025      Form ID: ntcpdiv      Total Noticed: 53

Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | + EDI: QNJZAMORA.COM | Aug 12 2025 04:43:00 | Nancy J Zamora (TR), U.S. Bank Tower, 633 West 5th Street, Suite 2600, Los Angeles, CA 90071-2053 |
| smg | ^ MEBN | Aug 12 2025 00:59:17 | County Assessor, County Government Center, Room 100, San Luis Obispo, CA 93408-0001 |
| smg | + Email/Text: SBCBankruptcy@co.santa-barbara.ca.us | Aug 12 2025 01:11:00 | County Tax Collector, P.O. Box 357, Santa Barbara, CA 93102-0357 |
| smg | EDI: EDD.COM | Aug 12 2025 04:43:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | EDI: CALTAX.COM | Aug 12 2025 04:43:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 42605073 | + Email/Text: ACS-Bknotice@Amazon.com | Aug 12 2025 01:12:00 | Amazon Capital Services, 410 Terry Avenue North, Seattle, WA 98109-5210 |
| 42605082 | Email/Text: litigation.recoverybkmailbox@dllgroup.com | Aug 12 2025 01:08:00 | DeLage Landen Financial Services, PO Box 41602, Philadelphia, PA 19101-1602 |
| 42605083 | EDI: EDD.COM | Aug 12 2025 04:43:00 | Employment Development Department, Bankruptcy Special Procedures Group, PO Box 826880 MIC 92E, Sacramento, CA 94280-0001 |
| 42605095 | Email/Text: legal@inovalon.com | Aug 12 2025 01:12:00 | Inovalon Provider, Inc, 4321 Collington Road, Bowie, MD 20716 |
| 42605098 | Email/Text: BkNotice@McKesson.com | Aug 12 2025 01:12:00 | Mckesson Medical-Surgical, 6555 State Hwy 161, Irving, TX 75039-2402 |
| 42605106 | Email/Text: bankruptcy@pb.com | Aug 12 2025 01:12:00 | Pitney Bowes, 3001 Summer Street, Stamford, CT 06926-0700 |
| 42606856 | Email/Text: Bankruptcy@staples.com | Aug 12 2025 01:09:00 | Staples, Inc., Staples / Shane Anderson, PO Box 102419, Columbia, SC 29224 |
| 42605109 | ^ MEBN | Aug 12 2025 01:00:30 | Samson Funding, 17 State St, New York, NY 10004-1501 |
| 42605116 | + EDI: VERIZONCOMB.COM | Aug 12 2025 04:43:00 | Verizon, PO Box 920041, Dallas, TX 75392-0041 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 42605079 | ##+ | Crossroads Technologies, Inc, 3 Park Plaza, Reading, PA 19610-1399 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0973-9 | User: admin | Page 3 of 3
Date Rcvd: Aug 11, 2025 | Form ID: ntcpdiv | Total Noticed: 53

Date: Aug 13, 2025         Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2025 at the address(es) listed below:**

| **Name** | **Email Address** |
| --- | --- |
| Nancy J Zamora (TR) | zamora3@aol.com  nzamora@ecf.axosfs.com |
| Paul F Ready | on behalf of Debtor Wilshire Health & Community Services  Inc. becky@farmerandready.com |
| United States Trustee (ND) | ustpregion16.nd.ecf@usdoj.gov |

TOTAL: 3

**United States Bankruptcy Court**
**Central District of California**

1415 State Street, Santa Barbara, CA 93101−2511

# NOTICE OF POSSIBLE DIVIDEND AND ORDER FIXING TIME TO FILE CLAIMS

**DEBTOR(S) INFORMATION:**
Wilshire Health & Community Services, Inc.
**SSN:** N/A
**EIN:** 95−2374185
dba Wilshire Home Health

PO Box 409
Nipomo, CA 93444

**BANKRUPTCY NO.** 9:25−bk−11032−RC
**CHAPTER** 7

Notice is hereby given that sufficient assets may become available for a distribution to creditors in the above−captioned bankruptcy case.

Therefore, in accordance with the provisions of Bankruptcy Rule 3002(c)(5), creditors must file their proofs of claim **on or before November 13, 2025**.

**ANY CREDITOR WHO HAS PREVIOUSLY FILED A PROOF OF CLAIM NEED NOT FILE AGAIN.**

A Proof of Claim form (Official Form 410) can be obtained at the United States Court's website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office.

Dated: August 11, 2025

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntcpdiv − VAN−10) Rev 12/2015

7 / NZ