1  SLBIGGS, A division of SingerLewak
   Samuel R. Biggs, CPA
2  10960 Wilshire Blvd., Suite 1100
   Los Angeles, California 90024
3  sbiggs@slbiggs.com; lnuzzi@slbiggs.com
4  (310) 477-3924

5
   Proposed Accountants to Chapter 7 Trustee
6

7
                    UNITED STATES BANKRUPTCY COURT
8
                    CENTRAL DISTRICT OF CALIFORNIA
9
                          (NORTHERN DIVISION)
10

11  In re                              ]    Case No. 9:25-bk-11032 RC
12                                     ]
                                       ]    Chapter 7
13                                     ]
                                       ]
14  Wilshire Health & Community Services, Inc.,  ]  **APPLICATION FOR RETENTION OF**
                                       ]    **ACCOUNTANTS PURSUANT TO 11**
15                                     ]    **U.S.C. § 327; STATEMENT OF**
                                       ]    **DISINTERESTEDNESS**
16                                     ]
                                       ]
17                                     ]
                                       ]
18                  Debtor(s).          ]    [NO HEARING REQUIRED]
19  _____]

20
          Nancy Hoffmeier Zamora, Chapter 7 Trustee ("Trustee") of the above-entitled proceeding,
21
    hereby makes application for this Court's approval of the retention of the firm of SLBiggs, A
22
    Division of SingerLewak, (hereinafter "SLBiggs"), as Accountants for the Trustee pursuant to 11
23
    U.S.C. Section 327 of the United States Bankruptcy Code. In support thereof, the Trustee
24
    respectfully asserts as follows:
25

26  1.    On August 1, 2025, ("Petition Date") the Debtor filed a voluntary petition under Chapter
27  7 of the United States Bankruptcy Code in the Central District of California.
28

                                        -1-

2. Pursuant thereto, Nancy Hoffmeier Zamora was appointed and qualified as Trustee in the Chapter 7 case.

3. <u>Necessity for Employment of Professional and Services to be Rendered:</u>

 The Trustee requires the services of certified public accountants experienced in bankruptcy to review and analyze Debtor's financial records, advise the Trustee with regard to the tax implications of a sale of Debtor's assets, prepare and file Federal and State tax returns, and prepare bankruptcy estate accounting incident thereto. These professional services are beyond the scope of the Trustee's administrative duties.

 a) Additional work is needed in this case which precludes the Trustee's use of the procedure set forth in Local Bankruptcy Rule 2016-2(d). The Trustee requires the services of a CPA to prepare the necessary accounting and tax returns. SLBiggs' work will also include services to:

 b) Review prior years' tax returns and prior activity to determine if there are offsets available to apply against taxable gains; determine if prior years' tax payments are recoverable through net operating loss carry backs and amend prior year tax returns in connection therewith.

 c) Prepare Federal and State tax returns, as well as all required accompanying accounting, statements, and schedules, and coordinate the filing of returns with Special Procedures/Bankruptcy units of the State and Federal taxing authorities.

 d) Perform any other work required in connection with this bankruptcy, which SLBiggs is qualified to perform.

 The Trustee believes it is in the best interest of the estate and its creditors to retain an accounting firm to address the estate's tax obligations and file the necessary tax returns. The estate cannot be closed without the preparation and filing of required tax returns and the acquisition of tax clearances in connection therewith.

4. <u>Basis for Selection of this Professional:</u>

After reviewing the assets of the estate and determining the work required, the Trustee is of the opinion that the firm of SLBiggs is a qualified firm to be employed and that such employment will be most beneficial to the estate, as it is one of the few local accounting firms which is experienced and specialized in bankruptcy matters. SLBiggs also charges rates competitive with those of other firms.

5.  Connection to Parties in Interest:

To the best of Trustee's knowledge and belief, and based upon the attached Declaration, neither SLBiggs nor any of its members or associates represent any interest adverse to the estate in the matters on which it is to be retained, and its members and associated Certified Public Accountants are disinterested persons under Bankruptcy Code Section 101(14), except as set forth in said Declaration. SLBiggs does not presently have, nor have they had, any connection with any insider of the Debtor, or any insider of an insider of the Debtor. Nor have they represented, represent, or intend to represent any related Debtor in a bankruptcy case in this or any other court. Furthermore, SLBiggs has reviewed its records, those of SingerLewak, and Debtor's bankruptcy petition and has not found that it has any connection with Debtor, creditors of the estate or any other party in interest.

6.  Proposed Arrangement of Compensation:

It is contemplated that SLBiggs will seek compensation based upon their normal and usual hourly billing rates. The Firm's hourly rates are subject to periodic adjustment. If any adjustment is made while the Firm is performing the work in this case, SLBiggs will file and circulate a Notice of Increased Hourly Rates. SLBiggs will submit fee applications pursuant to Sections 330 and/or 331 to seek compensation and appropriate time based upon the Bankruptcy Code, the Bankruptcy Rules and the local Bankruptcy Rules, and will comply with them accordingly. There has been no written or oral agreement of employment and/or compensation between SLBiggs and any other professional. Professional fees will be paid as an administrative expense from available funds of

the estate upon notice, hearing and Order of this Court. SLBiggs has not received nor shall seek to receive any advance fee payment or retainer.

### Notice of the Application is Sufficient

A notice advising creditors and other interested parties of Trustee's Application to Employ SLBiggs, as accountants and summarizing the Application's contents, has been filed and served in accordance with Local Bankruptcy Rule 2014-1(b)(2).

**WHEREFORE**, Applicant requests that this Court approve the Trustee's employment of SLBiggs effective August 19, 2025, as Trustee's accountants to render professional services as described above, with compensation and reimbursement of expenses to be paid as an administrative expense in such amounts as this Court may hereafter determine and allow, and for such other and further relief as the Court may deem proper.

Dated: August 29, 2025

Nancy Hoffmeier Zamora
Chapter 7 Trustee

Wilshire Health & Community Services, Inc.

| Attorney or Party Name, Address, Telephone and Fax Number, and CA State Bar No. | FOR COURT USE ONLY |
|---|---|
| SLBIGGS, A division of SingerLewak<br>Samuel R. Biggs, CPA<br>10960 Wilshire Boulevard, Suite 1100<br>Los Angeles, CA 90024<br>(310) 477-3924<br>*Proposed Accountants to Nancy Hoffmeier Zamora* | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re:<br>Wilshire Health & Community Services, Inc.,<br><br><br>                                                                 Debtor. | CHAPTER 7<br><br>CASE NUMBER 9:25-bk-11032 RC<br><br>(No Hearing Required) |

# STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT
# OF PROFESSIONAL PERSON UNDER F.R.B.P. 2014
## (File with Application for Employment)

1. **Name, address and telephone number of the professional ("the Professional") submitting this Statement:**

   SLBIGGS, A division of SingerLewak, Samuel R. Biggs, CPA, 10960 Wilshire Boulevard, Suite 1100, Los Angeles, CA 90024,    310-477-3924

2. **The services to be rendered by the Professional in this case are *(specify)*:**

   Review Trustee ledgers and books and records of Debtor(s) to determine tax consequences relative to the disposition of assets, and advise Trustee accordingly; Review prior year's tax returns and prior activity to determine if there are offsets available to apply against taxable gains; determine if prior year's tax payments are recoverable through net operating loss carry backs, and amend prior year tax returns in connection therewith; prepare Federal and State tax returns, all required accompanying accounting, statements and schedules, and coordinate the filing of returns with Special Procedures/Bankruptcy units of the State and Federal taxing authorities; prepare all bankruptcy accounting required to prepare tax returns; perform any other work required in connection with this bankruptcy which Applicant is qualified to perform.

3. **The terms and source of the proposed compensation and reimbursement of the Professional are *(specify)*:**

   It is contemplated that SLBiggs will seek compensation based upon their normal and usual hourly billing rates. SLBiggs will submit fee applications pursuant to Sections 330 and/or 331 to seek compensation and appropriate time based upon the Bankruptcy Code, the Bankruptcy Rules and the local Bankruptcy Rules, and will comply with them accordingly. There has been no written or oral agreement of employment and/or compensation between SLBiggs and any other professional. Professional fees will be paid as an administrative expense from available funds of the estate upon notice, hearing and Order of this Court.

4. **The nature and terms of retainer (i.e., nonrefundable versus an advance against fees) half by the Professional are *(specify)*:** SLBiggs has not received nor shall seek to receive any advance fee payment or retainer.

Statement of Disinterestedness for Employment of Professional Person - Page Two (2)    **F 2014-1**

| In re:<br><br>Wilshire Health & Community Services, Inc.,<br><br>Debtor | CHAPTER 7<br><br>CASE NUMBER 9:25-bk-11032 RC |
|---|---|

5. The investigation of disinterestedness made by the Professional prior to submitting this Statement consisted of (*specify*):

   A thorough review of all of SLBiggs' and SingerLewak's clients and associates past and present.

6. The following is a complete description of all of the Professional's connections with the debtor, principals of the debtor, insiders, the debtor's creditors, the Chapter 7 Trustee, any other party or parties in interest, and their respective attorneys and accountants, or any person employed in the Office of the United States Trustee (*specify*): Applicant has no connection to any of the aforementioned parties.

7. The Professional is not a creditor, an equity security holder or an insider of the debtor, except as follows (*specify, attaching extra pages as necessary*): NONE

8. The Professional is not and was not an investment banker for any outstanding security of the debtor.

9. The Professional has not been within three (3) years before the date of the filing of the petition herein, an investment banker for a security of the debtor, or an attorney for such an investment banker in connection with the offer, sale or issuance of any security of the debtor.

10. The Professional is not and was not, within two (2) years before the date of the filing of the petition herein, a director, officer or employee of the debtor or of any investment banker for any security of the debtor.

11. The Professional neither holds nor represents any interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor or an investment banker for any security of the debtor, or for any other reason, except as follows (*specify, attaching extra pages as necessary*): NONE

12. Name, address and telephone number of the person signing this Statement on behalf of the Professional and the relationship of such person to the Professional (*specify*):

    SLBIGGS, A division of SingerLewak
    Samuel R. Biggs, CPA. (proposed accountants to the Trustee)
    10960 Wilshire Boulevard, Suite 1100
    Los Angeles, CA 90024

13. The Professional is not a relative or employee of the United States Trustee or a Bankruptcy Judge, except as follows (*specify, attaching extra pages as necessary*): NONE

14. Total number of attached pages of supporting documentation: 0

15. After conducting or supervising the investigation described in Paragraph 5 above, I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct except that I declare that Paragraphs 6 through 11 are stated on information and belief.

Executed on the ___2nd___ day of ___September___ 2025, at Los Angeles, California.

*/s/ Samuel Biggs*

_____
*Samuel R. Biggs, CPA*

## SLBIGGS PROFESSIONALS

**SAMUEL R. BIGGS** began his career in public accounting with Arthur Andersen & Co., subsequently spent several years in executive positions in private industry, and eventually returned to public accounting in 1983 when he founded Biggs & Co. Mr. Biggs' private industry experience includes financial management with Rockwell International, where he was responsible for financial planning, cost systems and special projects for a worldwide group of Rockwell companies. He also handled the accounting and financial management of a $100-million leveraged buyout of Rockwell divisions. Subsequent to Rockwell, Mr. Biggs served as Vice President and Director of a data-processing management and consulting firm, dealing with major companies both domestically and internationally.

Mr. Biggs' experience in matters of corporate reorganization, insolvency, and litigation support is extensive. He has worked with numerous troubled companies in financial reorganization, creditor workouts and insolvency, and has actually managed and operated several businesses through their reorganization process. Mr. Biggs is a former bankruptcy trustee for the Central District of Southern California and receiver for the Superior Court of California. He has administered thousands of cases, in several instances actually operating the troubled businesses and real estate ventures—many of which were multi-million-dollar entities.

Mr. Biggs graduated from Creighton University with a BSBA degree in Accounting and received an MBA degree from the University of Wisconsin. He holds a certificate as a certified public accountant and is licensed to practice in the state of California. He founded the firm of Biggs & Co. with the initial practice concentrated in commercial and business services. The firm's practice thereafter expanded to include credit union services, forensic accounting, insolvency, and litigation support, and was noted as one of the leading firms in Southern California providing services in these areas. In November 2014 Mr. Biggs established SLBiggs as a division of the accounting and consulting firm of SingerLewak.

**BRIAN LANDAU** is a Partner with SL Biggs, A Division of SingerLewak. Mr. Landau has over 20 years of public accounting experience in the areas of individual and corporate taxation, audit and review, and insolvency and litigation support. He has extensive business management and consulting experience assisting clients in the implementation of accounting systems, including the training of office personnel on software, accounting procedures, and reporting requirements to improve financial oversight and manage growth. Mr. Landau works closely with high-net-worth individuals and corporate clients in the manufacturing, distribution, personal service, medical, and legal industries to provide accounting, tax, operational management and consulting services.

Since 2004, Mr. Landau has worked in the specialized areas of bankruptcy, receivership, litigation support, and forensic accounting. He has significant experience in reconstructing records, providing analysis related to disputes, asset recovery, litigation, fraudulent conveyances, insolvency, tax, Ponzi schemes, and numerous other investigative matters. He regularly provides insolvency consulting services in both pre- and post-petition bankruptcy cases and has specialized experience in the winding down of businesses for liquidation, preparation of post-petition accounting, and management of court filing requirements. Additionally, Mr. Landau is frequently engaged to provide tax and consulting services to receivers and bankruptcy trustees and is well versed in the specialized tax and financial complexities unique to bankruptcy and receivership situations.

Mr. Landau has substantial experience with Chapter 11 reorganizations, preparing Monthly Operating Reports, advising debtors regarding operational and tax matters, assisting in drafting the financial portions of Plans of Reorganization, preparing Disclosure Statements, liquidation analysis, analysis of Plan feasibility and tax consequences, and handling other financial considerations for Plan approval and successful execution. He has also managed the process of claims analysis and distributions under approved Plans.

Mr. Landau graduated from University of California, San Diego with a Bachelor of Science in Management Science. He is a Certified Public Accountant and a member of the California Society of CPAs, the American Institute of Certified Public Accountants, and the Los Angeles Bankruptcy Forum.

**MARK DENNIS** is the former President of Dennis & Company, P.C. Mark joined Dennis & Company in 2012 and became the majority shareholder in 2015 after passing all four sections of the Uniform Certified Public Accountant examination in his first sitting, achieving an average score of 85.5%. Effective February 18th, 2017, Mark also holds the AICPA's Certified in Financial Forensics (CFF) credential, covering professional

responsibilities, practice management and forensics. Mark is an experienced tax and accounting practitioner in the bankruptcy field, having worked on behalf of both debtors and creditors on over 500 bankruptcy estates, including Chapter 7, 11, 12 and 13 estates. Mark advises bankruptcy trustees, attorneys and debtors on bankruptcy matters such as the value, character and basis of assets in the hands of bankruptcy estates, the treatment of tax attributes on debtor and bankruptcy estate tax returns and forecasting tax liability from proposed transactions. He also performs complex financial analysis including consolidating subsidiaries and investigating transactions to determine possible fraudulent/preferential transfer claims and analyzing wage and creditor claims. Mark has been admitted and testified as an Expert in US Bankruptcy Court and has been appointed by the US Department of Justice as a Sub Chapter V Trustee for the districts of Colorado and Wyoming. On June 1, 2020 Mark joined SLBiggs, A Division of SingerLewak as Partner in the Denver, Co. office.

**JESSICA NADLER** is a Partner with the firm. She holds a JD from Southwestern Law School and a B.S. degree in Business Administration with a concentration in Financial Management from Cal Poly, San Luis Obispo. She is licensed to practice law in the state of California. Prior to joining Biggs & Co. in 2014, she was an extern at the Ninth Circuit Court of Appeals and the Financial Industry Regulatory Authority (FINRA). Ms. Nadler now handles bankruptcy, litigation and trust and estate matters for the firm.

**LISA NUZZI** graduated summa cum laude with a B.A. degree in Communications from the University of California, Los Angeles. She was a manager with Biggs & Co., the predecessor firm of SLBiggs, A Division of SingerLewak, working primarily in the areas of bankruptcy and litigation support. She has extensive experience in preference and fraudulent transfer analysis, claims analysis and administration, and preparing and filing motions, notices and orders for the Central District of California and Districts of Colorado and Wyoming bankruptcy courts. In November 2014, Ms. Nuzzi joined the newly formed SLBiggs and is a Director with the firm.

**BRIAN LYNN** is a Manager with the firm. He graduated from University of California, San Diego with a B.A. degree in in Political Science. Mr. Lynn graduated from University of Kansas School of Law with a Juris Doctor in 2018. Mr. Lynn is responsible for general accounting, forensic accounting and tax preparation services for commercial and bankruptcy clients.

**GERARD VIGIL** joined Biggs & Co. in 2000. He is a staff accountant and assists in tax return preparation, processing and filing services for the firm. In November 2014, Mr. Vigil joined the newly formed SLBiggs, A Division of SingerLewak as a Senior Analyst.

# RATE SCHEDULE

**Partner and Staff hourly billing rates**

| | |
|---|---|
| Partners | $650.00 - $730.00 |
| Managing Directors | $575.00 - $650.00 |
| Directors | $550.00 - $625.00 |
| Senior Managers | $400.00 - $495.00 |
| Managers | $395.00 - $425.00 |
| Senior and Junior Accountants | $295.00 - $395.00 |
| Staff Accountants | $225.00 - $325.00 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10960 Wilshire Boulevard, Suite 1100, Los Angeles, CA 90024**

A true and correct copy of the foregoing document entitled: **APPLICATION FOR RETENTION OF ACCOUNTANTS PURSUANT TO 11 U.S.C. SECTION 327; STATEMENT OF DISINTERESTEDNESS** will be served or was served **(a)** on the judge in chambers in the form and manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 2, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed stated below:

| | |
|---|---|
| Nancy J Zamora (TR) | zamora3@aol.com nzamora@ecf.axosfs.com |
| Paul F. Ready | becky@farmerandready.com |
| United States Trustee (ND) | ustpregion16.nd.ecf@usdoj.gov |

☒ Service information continued on attached page

**2. SERVED BY U.S. MAIL:**
On **September 2, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**See Attached List**

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 2, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 2, 2025 | Jerry Vigil | _/s/ Jerry Vigil_ |
|---|---|---|
| Date | Type Name | Signature |

**ADDITIONAL SERVICE INFORMATION (if needed):**

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**

Honorable Ronald A. Clifford, III, United State Bankruptcy Court, Central District of California, 1415 State Street, Suite 233, Santa Barbara, CA 93101-2511

Office of the United States Trustee - 915 Wilshire Boulevard, Suite 1850, Los Angeles, CA 90017

Attorney – Paul F. Ready, Farmer & Ready, 1254 Marsh Street, POB 1443, San Luis Obispo, CA 93406

Debtor(s) – Wilshire Health & Community Services, Inc., P.O. Box 409, Nipomo, CA 93444

Trustee – Nancy Zamora, Zamora & Hoffmeier, US Bank, 633 West 5th Street, Suite 2600, Los Angeles, CA 90071

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**