SLBIGGS, A division of SingerLewak
Samuel R. Biggs, CPA
sbiggs@slbiggs.com
10960 Wilshire Blvd., Suite 1100
Los Angeles, California 90024
(310) 477-3924

Proposed Accountants to Nancy Hoffmeier Zamora, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

(NORTHERN DIVISION)

| | |
|---|---|
| In re: | Case No. 9:25-bk-11032 RC |
| | Chapter 7 |
| Wilshire Health & Community Services, Inc. | NOTICE OF APPLICATION BY CHAPTER 7 TRUSTEE FOR AUTHORITY TO EMPLOY SLBIGGS, ACCOUNTANTS |
| | [NO HEARING REQUIRED] |
| Debtor(s). | |

**TO THE UNITED STATES TRUSTEE AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that Nancy Hoffmeier Zamora, the duly appointed Chapter 7 Trustee (the "Trustee" or "Applicant") of the bankruptcy estate of Wilshire Health & Community Services, Inc., (the "Debtor"), has filed the Application by Chapter 7 Trustee for Authority to Employ SLBiggs, A Division of SingerLewak ("SLBiggs" or "the Firm") as Accountants to the Trustee (the "Application"). The Application has been submitted to the United States Trustee.

-1-

By the Application, the Trustee seeks to employ SLBiggs as her accountants to represent her as follows:

1.  The work of a CPA is required to review and analyze information related to the disposition of assets to prepare the necessary accounting and tax returns in connection therewith. SLBiggs' work may also include services to:

   a) Review prior years' tax returns and prior activity to determine if there are offsets available to apply against taxable gains; determine if prior years' tax payments are recoverable through net operating loss carry backs and amend prior year tax returns in connection therewith.

   b) Prepare Federal and State tax returns, as well as all required accompanying accounting, statements and schedules, and coordinate the filing of returns with Special Procedures/Bankruptcy units of the State and Federal taxing authorities.

   c) Perform any other work required in connection with this bankruptcy, which Applicant is qualified to perform.

2.  SLBiggs hourly rates are as follows: Partners - $650.00 - $730.00, Managing Directors - $575.00 - $650.00, Directors - $550.00 - $625.00, Senior Managers - $400.00 - $495.00, Managers - $395.00 - $425.00, Senior Accountants - $295.00 - $395.00, Staff Accountants - $225.00 - $325.00. The Firm's hourly rates are subject to periodic adjustment. If any adjustment is made while the Firm is performing work in this case, the new hourly rates will be effective for this case, and SLBiggs will circulate a Notice of Increased Hourly Rates. Pursuant to the provisions contained in the Office of the United States Trustee ("UST") Guidelines, SLBiggs will comply with the appropriate Fee and Employment Guidelines. SLBiggs shall seek compensation based upon their normal and usual hourly billing rates and will submit fee application(s) pursuant to Local Bankruptcy Rule 2016-1 and seek compensation based on 11

U.S.C. § 330. SLBiggs has not received any retainer or advance fee payment for services to be rendered.

3. SLBiggs does not represent any entity having an adverse interest to Applicant in connection with this case. Further, except as otherwise set forth in the Application, SLBiggs does not have any connection with the Debtor, creditors of the estate, or any other party in interest.

4. The Application is on file in the above-entitled Court and may be reviewed and inspected at the offices of the Clerk of the Bankruptcy Court, United States Bankruptcy Court, 21041 Burbank Boulevard, Woodland Hills, CA 91367, during business hours or obtained by contacting Jerry Vigil @ SLBiggs 10960 Wilshire Blvd., Suite 1100, Los Angeles, CA 90024, 310-477-3924.

**PLEASE TAKE FURTHER NOTICE** that if you do not oppose the proposed employment of SLBiggs you need take no further action. In accordance with Local Bankruptcy Rule 2014-1(b)(3)(E), "any response and request for hearing, in the form required by LBR 9013-1(f)(1), must be filed and served upon the Applicant (and counsel, if any), and the United States Trustee not later than 14 days from the date of service of the notice." Any objections not timely made may be deemed waived.

Dated: September 2, 2025

SLBiggs

By: _____
Jerry Vigil

-3-

NOTICE OF APPLICATION BY CHAPTER 7 TRUSTEE FOR AUTHORITY TO EMPLOY SLBIGGS

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10960 Wilshire Blvd., Suite 1100, Los Angeles, CA 90024**

A true and correct copy of the foregoing document entitled: **Notice of Application by Chapter 7 Trustee for Authority to Employ SLBiggs, Accountants** will be served or was served **(a)** on the judge in chambers in the form and manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 2, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Nancy J Zamora (TR)      zamora3@aol.com  nzamora@ecf.axosfs.com
Paul F. Ready      becky@farmerandready.com
United States Trustee (ND)      ustpregion16.nd.ecf@usdoj.gov

☒ Service information continued on attached page

**2. SERVED BY U.S. MAIL:**
On **September 2, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**See Attached List**

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 2, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 2, 2025 | Jerry Vigil | */s/ Jerry Vigil* |
|---|---|---|
| Date | Type Name | Signature |

**ADDITIONAL SERVICE INFORMATION (if needed):**

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**

 THE HONORABLE RONALD A. CLIFFORD, III
 UNITED STATES BANKRUPTCY COURT
 Central District of California
 1415 State Street, Suite 233
 Santa Barbara, CA 93101-2511

 Office of the United States Trustee
 915 Wilshire Blvd., Suite 1850
 Los Angeles, CA 90017

**Debtor's Attorney**
 Paul F. Ready
 Farmer & Ready
 1254 Marsh Street
 POB 1443
 San Luis Obispo, CA 93406

**Debtor**
 Wilshire Health & Community Services, Inc.
 P.O. Box 409
 Nipomo, CA 93444

**Trustee**
 Nancy Zamora
 Zamora & Hoffmeier
 U.S. Bank
 633 West 5th Street, Suite 2600
 Los Angeles, CA 90071

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-9<br>Case 9:25-bk-11032-RC<br>Central District of California<br>Santa Barbara<br>Fri Aug 29 12:04:09 PDT 2025 | Wilshire Health & Community Services, Inc.<br>PO Box 409<br>Nipomo, CA 93444-0409 | Northern Division<br>1415 State Street,<br>Santa Barbara, CA 93101-2511 |
| 1st Alarm Inc<br>7212 Joliet Ave #3<br>Lubbock, TX 79423-1123 | AMN Healthcare Inc<br>2999 Olympus Blvd<br>Coppell, TX 75019-1205 | Amazon Capital Services<br>410 Terry Avenue North<br>Seattle, WA 98109-5210 |
| Anne Krache, Esq.<br>Shook, Hardy & Bacon, LLP<br>One Federal Street, Suite 2620<br>Boston, MA 02110-2012 | Blue Shield of California<br>PO Box 272560<br>Chico, CA 95927-2560 | Caliber Audit and Attest<br>805 Aerovista Place<br>Ste 103<br>San Luis Obispo, CA 93401-7921 |
| Clever Concepts, Inc.<br>3990 Ruth Way C<br>Paso Robles, CA 93446-5996 | Core Medical Group<br>655 S Willow St<br>Ste 128<br>Manchester, NH 03103-5723 | Crossroads Technologies, Inc<br>108 N. Centre Ave.<br>Leesport, PA 19533-8865 |
| Culligan Water<br>9339 W. Higgins Road<br>Ste 1100<br>Des Plaines, IL 60018 | Dayforce Inc<br>3311 East Old Shakopee Road<br>Minneapolis, MN 55425-1361 | (p)DE LAGE LANDEN FINANCIAL<br>ATTN LITIGATION & RECOVERY<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE PA 19087-1453 |
| EP Wealth Advisors<br>892 Aerovista Place<br>Ste 220<br>San Luis Obispo, CA 93401-8054 | Employment Development Department<br>Bankruptcy Special Procedures Group<br>PO Box 826880 MIC 92E<br>Sacramento, CA 94280-0001 | Family & Industrial Medical Center<br>47 Santa Rosa St<br>San Luis Obispo, CA 93405-1811 |
| Foley & Lardner LLP<br>777 East Wisconsin Ave<br>Milwaukee, WI 53202-5306 | Forcura LLC<br>10151 Deerwood Park Blvd<br>Bldg 400 Ste 400<br>Jacksonville, FL 32256-0566 | Forvis Mazars LLP<br>4350 Congress Street<br>Ste 900<br>Charlotte, NC 28209-4866 |
| Fusion Medical Staffing<br>18881 W Dodge Road<br>Ste 300W<br>Elkhorn, NE 68022-4648 | Great Western Alarm<br>1421 Park St<br>Paso Robles, CA 93446-2159 | HSA Bank<br>PO Box 939<br>Sheboygan, WI 53082-0939 |
| Heartland Financial USA<br>1800 Larimer St<br>Ste 1800<br>Denver, CO 80202-1411 | Heffernan Insurance Brokers<br>1350 Carlback Avenue<br>Walnut Creek, CA 94596-4284 | Ignition36 Media<br>1525 Via Rosa<br>Paso Robles, CA 93446-1842 |
| (p)INOVALON<br>ATTN CORPORATION SERVICE COMPANY<br>251 LITTLE FALLS DRIVE<br>WILMINGTON DE 19808-1674 | Iron Mountain Records Mgt.<br>33 Arch St<br>Boston, MA 02110-1424 | Marvel Medical Staffing<br>9394 W Dodge Rd<br>Ste 300<br>Omaha, NE 68114-3319 |

| | | |
|---|---|---|
| Mckesson Medical-Surgical<br>6555 State Hwy 161<br>Irving, TX 75039-2402 | Medline Industries, Inc<br>3 Lakes Drive<br>Winnetka, IL 60093-2753 | NAHC<br>228 Seventh Street SE<br>Washington, DC 20003-4306 |
| Netsmart Technologies, Inc<br>11100 Nail Avenue<br>Leawood, KS 66211-1205 | Netsmart Technologies, Inc.<br>Anne Krache, Esq.<br>Shook, Hardy & Bacon LLP<br>One Federal Street, Suite 2620<br>Boston, MA 02110-2012 | PG&E<br>The Gas Company<br>PO Box C<br>Monterey Park, CA 91754-0932 |
| Pacific Storage Company<br>3439 Brookside Road, Ste 206<br>Stockton, CA 95219-1768 | Pacifica Commercial Realty<br>2520 Professional Parkway<br>Santa Maria, CA 93455-1602 | Philadelphia Insurance Co<br>231 Saint Asaphs Road<br>Ste 100<br>Bala Cynwyd, PA 19004-1498 |
| Pitney Bowes<br>3001 Summer Street<br>Stamford, CT 06926-0700 | Poor Richards Press<br>2226 Beebee St.<br>San Luis Obispo, CA 93401-5505 | Premium Life Care, Inc.,<br>DBA BrightStar Care of San Luis Obispo<br>3220 S Higuera Street, Suite 315<br>San Luis Obispo, CA 93401-6982 |
| Relias Learning<br>1010 Sync St, Ste 100<br>Morrisville, NC 27560-5473 | Samson Funding<br>17 State St<br>New York, NY 10004-1501 | Shield Healthcare<br>27911 Franklin Parkway<br>Valencia, CA 91355-4110 |
| Staples Business Advantage<br>210 Commerce Way<br>Ste 130<br>Portsmouth, NH 03801-8202 | (p)STAPLES BUSINESS ADVANTAGE THOMAS RIGGLEMA<br>7 TECHNOLOGY CIRCLE<br>COLUMBIA SC 29203-9591 | Strategic Healthcare Programs, LLC<br>6500 Hollister Ave, Ste 210<br>Goleta, CA 93117-5554 |
| US Fire Insurance Company<br>305 Madison Ave<br>Morristown, NJ 07960-6117 | United States Trustee (ND)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 | Ventura Medstaff LLC<br>2909 N 118th St, Ste 200<br>Omaha, NE 68164-3643 |
| Verity Screening Solutions<br>6834 S University Blvd, #506<br>Littleton, CO 80122-1515 | Verizon<br>PO Box 920041<br>Dallas, TX 75392-0041 | Wellsky<br>11300 Switzer Road<br>Overland Park, KS 66210-3665 |
| Westwinds Business Park<br>285 South St<br>San Luis Obispo, CA 93401-5037 | Nancy J Zamora (TR)<br>U.S. Bank Tower<br>633 West 5th Street, Suite 2600<br>Los Angeles, CA 90071-2053 | Paul F Ready<br>Farmer & Ready<br>1254 Marsh St POB 1443<br>San Luis Obispo, CA 93406-1443 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

DeLage Landen Financial Services
PO Box 41602
Philadelphia, PA 19101-1602

Inovalon Provider, Inc
4321 Collington Road
Bowie, MD 20716

Staples, Inc.
Staples / Shane Anderson
PO Box 102419
Columbia, SC 29224

End of Label Matrix
Mailable recipients    56
Bypassed recipients     0
Total                  56