United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 25-11032-RC |
| Wilshire Health & Community Services, In | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-9 | User: admin | Page 1 of 1 |
| Date Rcvd: Sep 22, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#         Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Wilshire Health & Community Services, Inc., PO Box 409, Nipomo, CA 93444-0409 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2025            Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Lovee D Sarenas | on behalf of Trustee Nancy J Zamora (TR) lovee.sarenas@dinsmore.com wendy.yones@dinsmore.com;adelya.ashralieva@dinsmore.com |
| Nancy J Zamora (TR) | zamora3@aol.com  nzamora@ecf.axosfs.com |
| Paul F Ready | on behalf of Debtor Wilshire Health & Community Services  Inc. becky@farmerandready.com |
| United States Trustee (ND) | ustpregion16.nd.ecf@usdoj.gov |

TOTAL: 4

SLBIGGS, A division of SingerLewak
Samuel R. Biggs, CPA
sbiggs@slbiggs.com
10960 Wilshire Blvd., Suite 1100
Los Angeles, California 90024
(310) 477-3924

**Proposed Accountants for Nancy Hoffmeier Zamora, Chapter 7 Trustee**

**FILED & ENTERED**

**SEP 22 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Spann    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>Wilshire Health & Community Services, Inc.,<br><br><br><br><br>Debtor(s) | Case No. 9:25-bk 11032 RC<br><br>Chapter 7<br><br>**ORDER APPROVING APPLICATION FOR RETENTION OF ACCOUNTANTS PURSUANT TO 11 U.S.C. § 327**<br><br><br>[No hearing requested or required] |

Nancy Hoffmeier Zamora, Chapter 7 Trustee (the "Trustee") for the estate of Wilshire Health & Community Services, Inc., ("Debtor") has filed her Application for Retention of Accountants Pursuant to 11 U.S.C. § 327 (the "Application") [Doc. 12]. It appears from the Application that it is necessary and appropriate that the Trustee employ accountants, that said Accountant represents no interest adverse to the Debtor, the bankruptcy estate, or any creditors in

the matter upon which accountant is to be engaged, and that the employment of SLBiggs as accountants is in the best interest of the bankruptcy estate. It also appears that due and proper notice of the Application was given to Debtor, the United States Trustee, the 20 largest creditors and all parties in interest. It also appears that no objections or requests for hearing with respect to the Application have been filed. It appearing that good cause exists,

IT IS ORDERED THAT,

1. The Application is granted, and the Trustee is authorized to employ SLBiggs as her accountant at the expense of said estate under 11 U.S.C. Section 327, effective August 19, 2025.

2. The compensation to be awarded shall be fixed by the Court after notice and a hearing as may be required by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Central District of California and the practice and procedure of this Court.

###

Date: September 22, 2025

Ronald A. Clifford III
United States Bankruptcy Judge

-2-