Peter J. Mastan (SBN 190250)
E-mail: *peter.mastan@dinsmore.com*
Lovee D. Sarenas (SBN 204361)
E-mail: *lovee.sarenas@dinsmore.com*
**DINSMORE & SHOHL LLP**
550 S. Hope Street, Suite 2800
Los Angeles, CA 90071
Telephone: (213) 335-7737
Facsimile:  (213) 335-7740

Proposed Counsel to the Chapter 7 Trustee
Nancy Zamora

FILED & ENTERED

OCT 06 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY handy      DEPUTY CLERK

CHANGES MADE BY COURT

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**NORTHERN DIVISION**

| | |
|---|---|
| In re:<br><br>WILSHIRE HEALTH & COMMUNITY SERVICES, INC.,[1]<br><br><br><br>Debtor. | Case No. 9:25-bk-11032-RC<br><br>Chapter 7<br><br>**ORDER AUTHORIZING THE EMPLOYMENT OF DINSMORE & SHOHL LLP AS GENERAL BANKRUPTCY COUNSEL TO THE CHAPTER 7 TRUSTEE**<br><br>[No Hearing Required– LBR 9013-1(o)(1)]<br><br>Honorable Ronald A. Clifford III<br>Courtroom 201 |

On September 11, 2025, Nancy Zamora, the chapter 7 trustee ("Trustee") for the

bankruptcy estate ("Estate") of the debtor Wilshire Health & Community Services, Inc. ("Debtor")

in the above-captioned bankruptcy case, filed in the United States Bankruptcy Court for the

Central District of California, Northern Division ("Court") before the Honorable Ronald A.

Clifford, III, the (a) *Application to Employ Dinsmore & Shohl LLP as General Bankruptcy*

*Counsel Pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014* [ECF No. 14] ("Application")

and (b) *Notice of Application to Employ Dinsmore & Shohl LLP as General Bankruptcy Counsel*

---

[1] The following related cases are affiliated with the Debtor:  *Wilshire Connected Care, Inc*. (9:25-bk-11028-RC); *Wilshire Community Services, Inc*. (9:25-bk-11031-RC), *Wilshire Management Services, Inc*. (9:25-bk-11029-RC), and *Hospice Partners, Inc*. (9:25-bk-11033-RC).

1

#64758870v2

1   *Pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014* [ECF No. 15] ("Notice") pursuant to

2 the Court's Local Bankruptcy Rules 2014-1 and 9013-1(o). In the Application, the Trustee sought

3 the entry of an order ("Order") authorizing the employment of Dinsmore & Shohl LLP

4 ("Dinsmore") as Trustee's bankruptcy counsel under 11 U.S.C. § 327(a), effective as of August

5 11, 2025.

6      The Court, having considered the Notice and Application, finding that service of the

7 Application and Notice was proper; finding further that no opposition to the Application or request

8 for hearing on the Application having been filed or received, that the deadline to oppose has

9 passed, that Dinsmore is disinterested as defined under 11 U.S.C. § 101(14) and that the firm does

10 not represent an interest adverse to the Estate, and good cause appearing,

11 **IT IS HEREBY ORDERED THAT:**

12    **1.**    The Application is approved.

13    **2.**    The Trustee is authorized to employ Dinsmore as the Trustee's general bankruptcy

14 counsel, effective as of **August 11, 2025**, pursuant to 11 U.S.C. § 327(a), on the terms and

15 conditions set forth in the Application.

16    **3.**    Dinsmore is authorized to provide the Trustee with professional services described

17 in the Application.

18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

2

#64758870v2

4.        Pursuant to 11 U.S.C. §§ 330 and 331, Dinsmore shall be compensated from the Estate for its services and reimbursed for any related expenses as the Court may allow in accordance with applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules, and any other applicable orders or procedures of this Court.

**IT IS SO ORDERED.**

###

Date: October 6, 2025

Ronald A. Clifford III
United States Bankruptcy Judge

#64758870v2