GRIFFITH & THORNBURGH, LLP
ATTORNEYS AND COUNSELORS
8 EAST FIGUEROA STREET, SUITE 300
SANTA BARBARA, CA 93101
TELEPHONE: 805-965-5131
TELECOPIER: 805-965-6751

Felicita A. Torres, Bar No. 298630   torres@g-tlaw.com
Lauren A. Rode, Bar No. 281803 rode@g-tlaw.com

Attorneys for Rite III, Inc.

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>WILSHIRE HEALTH & COMMUNITY SERVICES, INC., DBA WILSHIRE HOME HEALTH<br><br>DEBTOR. | BK No 9:25-bk-11032-RC<br><br>Chapter 7<br><br>NOTICE OF MOTION AND MOTION FOR APPROVAL OF STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY; DECLARATION OF FELICITA A. TORRES<br><br>[FRBP Rule 4001(d)(1); LBR 9013-1(o)]<br><br>[No Hearing Required unless Requested in Writing] |

**TO THE HONORABLE RONALD A. CLIFFORD, III, UNITED STATES BANKRUPTCY COURT JUDGE, AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that Movant, Rite III, Inc. ("RITE III") will and hereby does move this Court for an Order approving that certain Stipulation for Relief from the Automatic Stay (the "Stipulation") entered into between it, Debtor, Wilshire Health & Community Services, Inc., and the Chapter 7 Trustee, Nancy Zamora.

A true and correct copy of the Stipulation is attached to the Declaration of

1

Felicita A. Torres in support hereof as Exhibit "A".

The Stipulation and Order thereon will be filed upon expiration of the notice period provided by Local Bankruptcy Rule 9013-1(o) unless opposition to the instant motion is timely filed.

This Motion is made pursuant to Federal Rule of Bankruptcy Procedure 4001(d) and Local Bankruptcy Rule 9013-1(o)(1), which provides that this motion may be granted without a hearing.

**PLEASE TAKE FURTHER NOTICE** that Local Bankruptcy Rule 9013-1(o) requires that any party objecting to this motion must file a response to this motion, with service upon Movant and the United States Trustee and request a hearing within fourteen (14) days after the date of service of this notice. If you fail to comply with this deadline, the Court may treat such failure as a waiver of your right to oppose the motion and may grant the motion without further hearing and notice.

## MOTION

This Motion is made upon the following grounds:

Debtor filed its voluntary petition for relief under chapter 7 of the Bankruptcy Code on August 1, 2025 ("Petition Date").

As of the Petition Date, the Debtor was a party to an unexpired lease ("Lease") under a commercial property lease agreement with Rite III ("Lease Agreement") for the leased premises at 106 C1 Gateway Center Drive, Paso Robles, CA 93446 ("Leased Premises").

Debtor vacated the premises prepetition. and was no longer occupying the Leased Premises as of the Petition Date.

Debtor did not list the Lease Agreement with Rite III as an unexpired executory contract on Schedule G, did not list Rite III as a creditor in this case, and Rite III did not receive notice of the bankruptcy filing. As of December 1,

2

2025, the Lease was deemed rejected by operation of law. 11 U.S.C. section 365(d)(4)(A)(i).

The Trustee, with the assistance of her field agent, has conducted a physical inspection of the Leased Premises.

The Debtor left personal properties in the Leased Premises, which primarily consist of fixtures, furniture, small appliances, desks, conference tables, file cabinets, chairs, and other office equipment (collectively, "Personal Property").

The Trustee has filed a notice to abandon such Personal Property located in the Leased Premises.

Rite III desires to reenter the Leased Premises and prepare it for reletting, and seeks to do this as soon as possible to, among other things, mitigate its damages associated with the Lease Agreement.

WHEREFORE Movant respectfully requests the Court to approve the Stipulation, a true and correct copy of which is attached to the Declaration of Felicita A. Torres as Exhibit "A".

GRIFFITH & THORNBURGH, LLP

Dated: December 15, 2025

By: /s/ Felicita
FELICITA A. TORRES, counsel to
Rite III, Inc.

3

## DECLARATION OF FELICITA A. TORRES

I, Felicita A. Torres, declare and state as follows:

1. I am an attorney at law licensed in the State of California, duly admitted to practice in the above-entitled court, and I am a partner with the law firm of Griffith & Thornburgh, LLP, and attorney for Movant, Rite III, Inc. Each of the matters set forth below is stated of my own personal knowledge and if called as a witness, I could competently testify to each of them.

2. Attached hereto as Exhibit A is a true and correct copy of the Stipulation which is the subject of this Motion.

I declare under penalty of perjury that the foregoing is true and correct. Dated this 15th day of December, 2025, at Santa Barbara, California.

_____
FELICITA A. TORRES

4

**GRIFFITH & THORNBURGH, LLP**
ATTORNEYS AND COUNSELORS
8 EAST FIGUEROA STREET, SUITE 300
SANTA BARBARA, CA 93101
TELEPHONE: 805-965-5131
TELECOPIER: 805-965-6751

(SPACE BELOW FOR FILING STAMP ONLY)

Felicita A. Torres, Bar No. 298630  torres@g-tlaw.com
Lauren A. Rode, Bar No. 281803  rode@g-tlaw.com

Attorneys for Creditor Rite III, Inc.

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>WILSHIRE HEALTH & COMMUNITY SERVICES, INC., DBA WILSHIRE HOME HEALTH,<br><br>Debtor. | BK No. 9:25-bk-11032-RC<br><br>Chapter 7<br><br>STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY<br><br>[No Hearing Required] |

This Stipulation for Relief from the Automatic Stay ("Stipulation") is made by and among the chapter 7 trustee Nancy Zamora ("Trustee"), the debtor Wilshire Health & Community Services, Inc., dba Wilshire Home Health ("Debtor"), and creditor Rite III, Inc. ("Rite III"), all by and through their respective counsel, with respect to the following:

### RECITALS

A.  Debtor filed its voluntary petition for relief under chapter 7 of the Bankruptcy Code on August 1, 2025 ("Petition Date").

B.  Nancy Zamora was appointed as the chapter 7 trustee of the Debtor's bankruptcy estate ("Estate").

- 1 -

# EXHIBIT "A"

5

C.  As of the Petition Date, the Debtor was a party to an unexpired lease ("Lease") under a commercial property lease agreement with Rite III ("Lease Agreement") for the leased premises at 106 C1 Gateway Center Drive, Paso Robles, CA 93446 ("Leased Premises").

D.  Prepetition, Debtor vacated the premises and was no longer occupying the Leased Premises as of the Petition Date.

E.  Debtor did not list the Lease Agreement with Rite III as an unexpired executory contract on Schedule G, did not list Rite III as a creditor in this case, and Rite III did not receive notice of the bankruptcy filing.

F.  Trustee, with the assistance of her field agent, has conducted a physical inspection of the Leased Premises.

G.  The Debtor left personal properties in the Leased Premises, which primarily consist of fixtures, furniture, small appliances, desks, conference tables, file cabinets, chairs, and other office equipment (collectively, "Personal Property").

H.  The Trustee has determined that the Personal Property is (a) cost prohibitive to sell as they are of minimal value or benefit to the Estate and/or (b) burdensome insofar as the costs of storage are likely to exceed the net proceeds that can be realized from a sale of such properties. The Trustee has filed a notice to abandon such Personal Property located in the Leased Premises.

I.  Rite III desires to reenter the Leased Premises and prepare it for reletting, and seeks to do this as soon as possible to, among other things, mitigate its damages associated with the Lease Agreement.

J.  In lieu of seeking a motion to lift the stay in order to regain possession of the premises, Rite III has reached an agreement with the Trustee and the Debtor to lift the stay as set forth in this Stipulation.

NOW, THEREFORE, based upon the foregoing Recitals, the Parties stipulate and agree as follows:

-2-

# AGREEMENT

1. Upon the entry of the Order approving this Stipulation, the automatic stay of § 362(a) of the Bankruptcy Code is terminated with respect to the Leased Premises as to Rite III, Inc. and its successors, agents, designees, assignees, employees, attorneys and/or representatives.

2. Rite III, Inc. and its successors, agents, designees, employees, attorneys and/or representatives shall be permitted to exercise its rights and remedies, including state law rights and remedies, whether judicial or non-judicial, with respect to the Leased Premises.

3. The Lease shall be deemed rejected as of the Petition Date pursuant to Bankruptcy Code § 365.

4. For the avoidance of doubt, Rite III shall waive its administrative claim against the Estate for post-petition rent on account of the Lease. This waiver does not waive any claim for rejection damages or prepetition arrears related to the Lease.

5. Upon the abandonment of the Personal Property located in the Leased Premises, the automatic stay is further modified to allow Rite III to dispose of such Personal Property without notice, costs, or liability to the Trustee, her professionals, and the Estate, as appropriate.

6. The security deposit held by Rite III in the sum of $3,500 shall be turned over to the Trustee within 14 days of the entry of the Order approving this Stipulation.

7. The 14-day stay of Fed. R. Bankr. P. 4001(a)(4), to the extent applicable, will be waived.

8. Given that no committee has been appointed in this Case and all other parties required to receive notice of this Agreement are parties to this Agreement, this Stipulation shall be submitted forthwith to the Bankruptcy Court

for approval without the filing of a motion to approve this Stipulation under Fed. R. Bankr. P. 4001(d), unless required by the Court.

Dated: December 8, 2025

DINSMORE & SHOHL, LLP

By: /s/
PETER J MASTAN, Esq.
LOVEE D SARENAS, Esq.
Attorneys For Chapter 7 Trustee
Nancy Zamora

Dated: December 15, 2025

FARMER & READY

By: /s/
GRACE READY, Esq.
PAUL F. READY, Esq.
Attorneys for Debtor
Wilshire Health & Community
Services, Inc.

Dated: December 2, 2025

GRIFFITH & THORNBURGH, LLP

By: Felcita A. Torres
FELICITA A TORRES, Esq.
LAUREN A RODE, Esq.
Attorneys For Creditor
Rite III, Inc.

- 4 -

In re: Wilshire Health & Community Services, Inc.
United States Bankruptcy Court, Case No. 9:25-bk-11032-RC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
8 East Figueroa Street, Suite 300, Santa Barbara, CA 93101

A true and correct copy of the foregoing document entitled (*specify*): Notice of Motion and Motion for Approval of Stipulation for Relief from the Automatic Stay; Declaration of Felicita A. Torres

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) December 16, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Thomas Phinney    tphinney@ffwplaw.com, akieser@ffwplaw.com;docket@ffwplaw.com
- Paul F Ready    becky@farmerandready.com
- Lovee D Sarenas    lovee.sarenas@dinsmore.com, wendy.yones@dinsmore.com;adelya.ashralieva@dinsmore.com
- Felicita A Torres    torres@g-tlaw.com
- United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov
- Nancy J Zamora (TR)    zamora3@aol.com, nzamora@ecf.axosfs.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) December 16, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 16, 2025 | Kimberlie Cordero | /s/ Kimberlie Cordero |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                          F 9013-3.1.PROOF.SERVICE

**SERVICE LIST**

Wilshire Health & Community Services
PO Box 409
Nipomo, CA 93444-0409

Amazon Capital Services
410 Terry Avenue North
Seattle, WA 98109-5210

Anne Krache, Esq.
Shook, Hardy & Bacon, LLP
One Federal Street, Suite 2620
Boston, MA 02110-2012

AMN Healthcare Inc
2999 Olympus Blvd
Coppell, TX 75019-1205

Blue Shield of California
PO Box 272560
Chico, CA 95927-2560

Caliber Accounting & Tax LLP
Attn Billing Dept
575 Price Street Suite 312
Pismo Beach, CA 93449-2553

Blue Shield of California
601 12th Street, 23rd Floor
Oakland, CA 94607-3885

Caliber Audit and Attest
805 Aerovista Place Suite 103
San Luis Obispo, CA 93401-7921

Cellco Partnership d/b/a Verizon Wireless
William M. Vermette
22001 Loudon County Pkwy
Ashburn, VA 20147-6122

CMG CIT Acquisition, LLC
Wagner Falconer & Judd, Ltd
100 South Fifth Street Suite 800
Minneapolis, MN 55402-5357

Core Medical Group
655 S. Willow Street Suite 128
Manchester, NH 03103-5723

Crossroads Technologies, Inc
108 N. Centre Ave.
Leesport, PA 19533-8865

Clever Concepts, Inc.
3990 Ruth way C
Paso Robles, CA 93446-5996

Dayforce Inc
3311 East Old Shakopee Road
Minneapolis, MN 55425-1361

Dayforce US, Inc.
3311 East Old Shakopee Road
Minneapolis, MN 55425-1361

Culligan Water
9339 W. Higgins Road Suite 1100
Des Plaines, IL 60018

Donald H. Cram
Stinson LLP
595 Market Street, Suite 2600
San Francisco, CA 94105-2839

EP Wealth Advisors
892 Aerovista Place Suite 220
San Luis Obispo, CA 93401-8054

De Lage Landen Financial
Attn: Litigation & Recovery
1111 Old Eagle School Road
Wayne, PA 19087-1453

Employment Development Departments
Bankruptcy Special Procedures Group
PO Box 826880 MIC 92E
Sacramento, CA 94280-0001

Family & Industrial Medical Center
47 Santa Rosa Street
San Luis Obispo, CA 93405-1811

Employment Development Department
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 95814

Foley & Lardner LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306

Foley & Lardner LLP
c/o Mark Wolfson
100 Tampa Street, Suite 2700
Tampa, FL 33602-5810

Fedex Corporate Services Inc.
3965 Airways Blvd Module G, 3rd Floor
Memphis, TN 38116-5017

SLBiggs
10960 Wilshire Blvd., Ste. 1100
Los Angeles, CA 90024-3714

Forcura LLC
10151 Deerwood Park Blvd
Bldg 400 Suite 400
Jacksonville, FL 32256-0592

Fusion Medical Staffing, Inc.
Cline Willliams et al.
c/o Elijah Poferl
12910 Pierce Street Suite 200
Omaha, NE 68144-1106

1st Alarm Inc
7212 Joliet Ave #3
Lubbock, TX 79423-1123

Fusion Medical Staffing, LLC
c/o Elijah J. Pofaerl
12910 Pierce Street Suite 200
Omaha, NE 68144-1106

**SERVICE LIST**

Heartland Financial USA
1800 Larimer Street Suite 1800
Denver, CO 80201-1411

Heffernan Insurance Brokers
1350 Carlback Avenue
Walnut Creek, CA 94596-4284

Ignition36 Media
1525 Via Rosa
Paso Robles, CA 93446-1842

INOVALON
Attn Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808-1674

Iron Mountain Records Mgt.
33 Arch Street
Boston, MA 02110-1424

Marvel Medical Staffing
9394 W. Dodge Road Suite 300
Omaha, NE 68114-3319

MCKESSON CORPORATION
Attn STEPHANIE HAMPTON
6555 State Hwy 161
Irving, TX 75039-2402

Mckesson Medical-Surgical
6555 State Hwy 161
Irving, TX 75039-2402

Medline Industries, Inc
3 Lakes Drive
Winnetka, IL 60093-2734

NABC
228 Seventh Street SE
Washington, DC 20003-4306

Netsmart Technologies, Inc
11100 Nail Avenue
Leawood, KS 66211-1205

Netsmart Technologies, Inc
Anne Krache, Esq.
Shook, Hardy & Bacon LLP
One Federal Street Suite 2620
Boston, MA 02110-2012

PG&E
The Gas Company
PO BOX C
Monterey Park, CA 91754-0932

Pacific Storage Company
3439 Brookside Road, Suite 206
Stockton, CA 95219-1768

Pacifica Commercial Realty
2520 Professional Parkway
Santa Maria, CA 93455-1602

Philadelphia Insurance Co.
231 Saint Asaphs Road Suite 100
Bala Cynwyd, PA 19004-1498

Pitney Bowes
3001 Summer Street
Stamford, CT 06926-0700

Poor Richards Press
2226 Beebee Street
San Luis Obispo, CA 93401-5505

Premium Life Care, Inc
DBA BrightStar Care of SLO
3220 S. Higuera Street, Suite 315
San Luis Obispo, CA 93401-6982

Relias Learning
1010 Sync Street Suite 100
Morrisville, NC 27560-5473

Staples Business Advantage
210 Commerce Way Ste 130
Portsmouth, NH 03801-8202

Samson Funding
17 State Street
New York, NY 10004-1501

Shield Healthcare
27911 Franklin Parkway
Valencia, CA 91355-4110

Staples Business Advantage
Thomas Rigglema
7 Technology Circle
Columbia, SC 29203-9591

Fovia Mazars LLP
4350 Congress Street Suite 900
Charlotte, NC 28209-4866

Fusion Medical Staffing
18881 W. Dodge Road Suite 300W
Elkhorn, NE 68022-4648

SWIPEJOBS LLC
Attn Legal Department
5473 Blair Road Site 100-62793
Dallas, TX 75231-4226

Great Western Alarm
1421 Park Street
Paso Robles, CA 93446-2159

HSA BANK
PO Box 939
Sheboygan, WI 53082-0939

US Fire Insurance Company
305 Madison Avenue
Morristown, NY 07960-6117

## SERVICE LIST

United Healthcare Insurance Company
Attn: CDB/Bankruptcy
185 Asylum Street-03B
Hartford, CT 06103-3408

UMB Bank, N.A.
Stinson LLP
c/o Donald H. Cram
595 Market Street, Suite 2600
San Francisco, CA 94105-2839

Staples, Inc.
Staples/Shane Anderson
PO Box 102419
Columbia, SC 29224

Verizon
PO Box 920041
Dallas, TX 75392-0041

United States Trustee
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Swipejobs LLC
5473 Blair Road
Suite 100-62793
Dallas, TX 75231

Westwinds Business Park
285 South Street
San Luis Obispo, CA 93401-5037

Varity Screening Solutions
6834 S. University Blvd, #506
Littleton, CO 80122-1515

Ventura Medstaff LLC
2909 N 118th Street Suite 200
Omaha, NE 68164-3643

Paul F. Ready
Farmer & Ready
1254 Marsh Street
PO Box 1443
San Luis Obispo, CA 93406-1443

Wallsky
11300 Switzer Road
Overland Park, KS 66210-3665

Steven Maniloff, Esq
Montgomery, McCracken, Waker & Rhoads
1735 Market Street 20th Floor
Philadelphia, PA 19103-7505

Nancy J. Zamora
U.S. Bank Tower
633 West 5th Street, Suite 2600
Los Angeles, CA 90071-2053

The Guardian Life Ins Comp of America
Steven Maniloff, Esq.
Montgomery, McCracken, Walker & Rhoads
1735 Market Street., 20th Floor
Philadelphia, PA 19103-7505

Caliber Accounting & Tax, LLP
575 Price Street Suite 312
Pismo Beach, CA 93449

United States Fire Insurance Comp
305 Madison Avenue
Morristown, NJ 07960-6117

Inovalon Provider, Inc
4321 Collington Road
Bowie, MD 20716

Ventura MedStaff LLC
2909 N 118th Street Suite 200
Omaha, NE 68164-3643

DeLage Landen Financial Services
PO Box 41602
Philadelphia, PA 19101-1602

Wagner Falconer & Judd, Ltd.
100 South Fifth Street Suite 800
Minneapolis, MN 55402-5357

McKesson Medical-Surgical Minnesota
9954 Mayland Drive, Suite 4000
Henrico, VA 23233

Strategic Healthcare Programs, LLC
6500 Hollister Avenue, Suite 210
Goleta, CA 93117-5554

Inovalon Provider, Inc
100 N. 6th Street Suite 900A
Minneapolis, MN 55403-1516